## *Ex parte* J. E. BARTOS.

No. A-2854. Opinion Filed January 9, 1917.

(161 Pac. 1198.)

Application by J. E. Bartos for writ of *habeas corpus*. Writ denied.

*Charles T. Gibson*, for petitioner.

PER CURIAM. The petition filed in behalf of J. E. Bartos alleges in substance that he is illegally restrained and unlawfully imprisoned in the city jail in Shawnee by C. C. Hawk, chief of police of said city, by virtue of a commitment issued on a judgment wherein petitioner was sentenced to pay a fine of $20; that said city was

without authority to pass or enforce said purported ordi-
nance under which petitioner was convicted, and the same
is void. The court refuses to issue the writ for the
reason that it is not shown by the allegations of the pe-
tition that the same had been presented to either the county
court or judge thereof, or the district court or district
judge, before being filed in this court, as required by the
rules of this court. The writ is therefore denied.